**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **H.M., ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00536-O** |
| | § | |
| **UNITED STATES OF AMERICA, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendant United States of America's Unopposed Motion to Stay (ECF No. 35), filed on September 18, 2026. Defendant United States of America requests a 90-day stay in this civil case to allow time for a parallel criminal investigation to conclude.[1] Having considered the stay factors as outlined in *Rodriguez v. Enertis Solar, Inc.*, and noting that Plaintiffs are unopposed, the Court finds good cause and **GRANTS** the Motion. No. 2:25-CV-090-BR, 2025 WL 2098751, at *2 (N.D. Tex. July 25, 2025) (citing *Heller Healthcare Fin., Inc. v. Boyes*, No. 3-CV-1335-D, 2002 WL 1558337, at *2 (N.D. Tex. July 15, 2002) (Fitzwater, J.).

It is **ORDERED** that the above captioned case is hereby **STAYED** for 90 days from the date of this Order. Upon the expiration of the stay, the Parties are **ORDERED** to file a joint status report informing the Court of the status of the criminal investigation and advising the Court as to how the case should proceed.

**SO ORDERED** on this **21st day** of **September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE

[1] Mot. Stay 5, ECF No. 35.